## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 CIV 6403                                         Purchased/Filed: July 17, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

*Recycling and General Industrial Union Local 108 Welfare Fund, et al*          Plaintiff

against

*Bedroc Contracting, LLC*                                                      Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __July 23, 2008__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Petition with Exhibtis on __Bedroc Contracting, LLC__, the Defendant in this action, by delivering to and leaving with __Chad Matice__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__
Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other: _____

Sworn to before me on this

__28th__ day of __July, 2008__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0807070

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**